William Akers, plaintiff in error, v. The People of the State of Illinois, defendant in error.

Opinion filed June 1, 1928.

Fred W. Gee and Shaw & Huffman, for plaintiff in error. Oscar E. Carlstrom, Attorney General, and Philip H. Lewis, State's Attorney, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.